STEVEN KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Saul Sanchez-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-0204 MMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 28 21, 2012 HEARING DATE TO |
| v. | ) ) | DECEMBER 12, 2012 AND SETTING BRIEFING AND HEARING DATES |
| SAUL SANCHEZ REYES, | ) ) | AND EXCLUDING ADDITIONAL TIME FROM NOVEMBER 21, 2012 |
| Defendant. | ) ) ) | TO DECEMBER 12, 2012 28, 2012 TO DECEMBER 12, 2012 |

**STIPULATION**

This Court previously set a briefing schedule based on the agreement of the parties.  The parties previously stipulated and the court ordered that the briefing schedule be continued so that the government could provide the defense with the audio tape recording of Mr. Sanchez Reyes' immigration hearing that resulted in defendant's removal from the United States, which is directly relevant to defendant's challenge to the removal.  The government requested the recording on September 25, 2012 but still has not received it and thus has not been able to provide it to the defense.  The parties thus stipulate to a further continuance so that the defense can receive this

discovery prior to filing the motion (assuming the motion is not made moot by the audio recording).

The proposed briefing and hearing schedule will be as follows: defendant will file his opening motion on November 7, 2012; the government will file an opposition on November 28, 2012; the defense will file a reply on December 5, 2012; the motion will be heard on December 12, 2012 or any date thereafter convenient to the Court.

The parties also agree that the time between November 21, 2012 and December 12, 2012 (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) and (h)(7)(B)(iv) and for defendant's pending motion as of November 7, 2012, and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated: October 16, 2012
                                        MELINDA HAAG
                                        United States Attorney


                                         /s/ Mark Kang
                                        J. MARK KANG
                                        Special Assistant United States Attorney


Dated: October 16, 2012                   /s/ Candis Mitchell
                                        CANDIS MITCHELL
                                        Attorney for Defendant

STIP. & ORDER
No. CR 12-0204 MMC                      - 2 -

**ORDER**

For the reasons stated above, the Court continues the hearing date from November ~~21~~ 28, 2012 to December 12, 2012 and sets the motion briefing and hearing date as follows: Defendant will file his opening motion on November 7, 2012; the government will file an opposition on November 28, 2012; the defense will file a reply on December 5, 2012; the motion will be heard on December 12, 2012.

IT IS FURTHER ORDERED that the time between November ~~21~~ 28, 2012 and December 12, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) and (h)(7)(B)(iv) and for defendant's pending motion as of November 7, 2012, and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: October 16, 2012

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

STIP. & ORDER
No. CR 12-0204 MMC                                             - 3 -