AO 245D (Rev. AO 09/11-CAN 09/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **JUDGMENT IN A CRIMINAL CASE** |
| ) | (For **Revocation** of Supervised Release) |
| **v.** ) | |
| Saul Sanchez Reyes ) | USDC Case Number: CR-12-00204-001 MMC |
| ) | BOP Case Number: DCAN312CR00204-001 |
| ) | USM Number: 17050-111 |
| ) | Defendant's Attorney: Candis Mitchell (AFPD) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): <u>One and Two</u> of the term of supervision.

☐ was found in violation of condition(s):  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Committed another federal, state, or local crime. | 12/13/2013 |
| Two | Committed another federal, state, or local crime | 12/13/2013 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | 1/7/2015 |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: | Date of Imposition of Judgment |
| | *[signature]* |
| Defendant's Year of Birth: <u>1987</u> | Signature of Judge |
| | The Honorable Maxine M. Chesney |
| City and State of Defendant's Residence: | Senior United States District Judge |
| <u>East Palo Alto, California</u> | Name & Title of Judge |
| | |
| | 1/8/2015 |
| | Date Signed |

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case
DEFENDANT: Saul Sanchez Reyes                                           Judgment - Page 2 of 2
CASE NUMBER: CR-12-00204-001 MMC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    24 months to be served concurrently to Docket No. 14CR00443-001 MMC.

☑ The Court makes the following recommendations to the Bureau of Prisons: Defendant to be placed as close to the San Francisco Bay Area as possible to allow visitation from the defendant's three minor children.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at     ☐ am   ☐ pm   on (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at     ☐ am   ☐ pm   on (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


                                          UNITED STATES MARSHAL

                     By _____
                                          DEPUTY UNITED STATES MARSHAL